Exhibit 4

## MILLENNIUM INSTITUTE OF ADVANCE NURSING
## MONTHLY OPERATING REPORTS
## AS OF AUGUST 2012

Exhibit 2

| | April | May | June | July | August | September | Cumulative |
|---|---:|---:|---:|---:|---:|---:|---:|
| Funds at beginning of period | $ 91,111 | $ 19,091 | $ 27,558 | $ 61,548 | $ 80,894 | $ 146,130 | $ 91,111 |
| Cash Sales | 5,868 | 4,593 | 4,568 | 5,305 | 5,606 | 4,006 | 29,946 |
| Minus: Cash refunds | - | - | - | - | - | - | - |
| Net cash sales | 5,868 | 4,593 | 4,568 | 5,305 | 5,606 | 4,006 | 29,946 |
| Accounts receivable | 186,381 | 316,946 | 370,426 | 332,899 | 422,228 | 352,920 | 1,981,801 |
| Other receipts | - | - | - | - | - | - | - |
| Total Receipts | 192,249 | 321,540 | 374,994 | 338,205 | 427,834 | 356,926 | 2,011,747 |
| Total funds available for operations | 283,360 | 340,631 | 402,552 | 399,753 | 508,728 | 503,056 | 2,102,858 |
| **Disbursements:** | | | | | | | |
| A. Advertising | 220 | 260 | - | 1,240 | 260 | 138 | 2,118 |
| B. Bank Charges | 231 | 951 | 202 | 206 | 245 | 299 | 2,134 |
| C. Contract Labor | 34,372 | 59,054 | 46,164 | 50,800 | 56,664 | 57,079 | 304,133 |
| D. Fixed Asset Payments | - | - | - | - | - | - | - |
| E. Insurance | 832 | 832 | 832 | 832 | 832 | 832 | 4,994 |
| F. Inventory Payments | - | - | - | - | - | - | - |
| G. Leases | - | - | - | - | - | - | - |
| H. Manufacturing Supplies | - | - | - | - | - | - | - |
| I. Office Supplies | 352 | 1,716 | 954 | 1,053 | 1,307 | 1,223 | 6,605 |
| J. Payroll - Net | 114,088 | 107,549 | 118,118 | 104,646 | 113,916 | 119,268 | 677,585 |
| K. Professional Fees (Accounting &) | 10,000 | 3,458 | - | 10,705 | 3,735 | 29,153 | 57,051 |
| L. Rent | 100 | 978 | - | - | 100 | 100 | 1,278 |
| M. Repairs & Maintenance | 2,891 | 2,737 | 2,913 | 6,417 | 10,020 | 3,957 | 28,935 |
| N. Secured Creditor Payments | 13,678 | 13,735 | 13,788 | 13,846 | 13,907 | 13,567 | 82,520 |
| O. Taxes Paid - Payroll | - | - | 33,450 | 17,853 | 40,333 | 39,064 | 130,700 |
| P. Taxes Paid - Sales & Use (See) | - | - | - | - | - | - | - |
| Q. Taxes Paid - Other | - | - | - | - | - | - | - |
| R. Telephone | 3,670 | 4,392 | 5,604 | 4,163 | 6,380 | 3,766 | 27,984 |
| S. Travel & Entertainment | - | - | - | - | - | - | - |
| Y. U.S. Trustee Quarterly Fees | - | - | - | 4,875 | - | - | 4,875 |
| U. Utilities | 22,282 | 21,773 | 26,422 | 23,260 | 26,062 | 25,837 | 145,634 |
| V. Vehicle Expenses | 1,591 | 3,135 | 1,810 | 3,419 | 2,430 | 2,360 | 14,745 |
| W. Other Operating Expenses (See MOR-3) | 59,962 | 92,504 | 90,748 | 75,544 | 86,396 | 81,613 | 486,768 |
| **Total disbursements** | $ 264,268 | $ 313,073 | $ 341,004 | $ 318,860 | $ 362,598 | $ 378,256 | $ 1,978,058 |
| **Ending balance** | $ 19,091 | $ 27,558 | $ 61,548 | $ 80,894 | $ 146,130 | $ 124,800 | $ 124,800 |

Exhibit 5

# THE MILLENNIUM INSTITUTE OF ADVANCED NURSING

## PROJECTED STATEMENTS OF CASH FLOWS
Chapter 11

Case:12-02689-BKT11   Doc#:80-3   Filed:11/15/12   Entered:11/15/12 18:40:27   Desc:
Exhibit    Page 3 of 6

Exhibit 4-A

**MILLENNIUM INSTITUTE OF ADVANCE NURSING**
**(DEBTOR IN POSSESSION)**
**FORECASTED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDING DECEMBER 31, 2013 THROUGH 2017**

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---:|---:|---:|---:|---:|
| Beginning Cash Balance | $ 146,130 | $ 172,927 | $ 317,706 | $ 496,688 | $ 931,655 |
| **Cash Inflows:** | | | | | |
| Cash Income | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| Accounts Receivable | 4,614,000 | 4,706,000 | 4,800,000 | 4,896,000 | 4,896,000 |
|  | 4,674,000 | 4,766,000 | 4,860,000 | 4,956,000 | 4,956,000 |
| Total Funds Available | 4,820,130 | 4,938,927 | 5,177,706 | 5,452,688 | 5,887,655 |
| **Cash outflows:** | | | | | |
| Advertising | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Bank Charges | 4,268 | 4,268 | 4,268 | 4,268 | 4,268 |
| Contract Labor | 608,000 | 620,000 | 632,000 | 645,000 | 658,000 |
| Insurance | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Office Supplies | 13,200 | 13,200 | 13,200 | 13,200 | 13,200 |
| Payroll | 1,455,000 | 1,484,000 | 1,514,000 | 1,544,000 | 1,575,000 |
| Payroll Taxes and benefits | 218,300 | 222,600 | 227,100 | 231,600 | 236,300 |
| Professional Fees (Accounting & Legal) | 115,000 | 118,450 | 122,004 | 125,664 | 129,434 |
| Rent | 2,556 | 2,556 | 2,556 | 2,556 | 2,556 |
| Repairs & Maintenance | 57,870 | 57,870 | 57,870 | 57,870 | 57,870 |
| Disability Insurance Expense | 2,800 | 2,856 | 2,913 | 2,971 | 3,031 |
| Group Insurance | 64,904 | 66,202 | 67,526 | 68,876 | 70,254 |
| Telephone | 55,968 | 55,968 | 55,968 | 55,968 | 55,968 |
| Utilities | 341,300 | 342,800 | 344,300 | 345,800 | 347,300 |
| Vehicle Expenses | 29,490 | 29,490 | 29,490 | 29,490 | 29,490 |
| Patient Service (Food, Medicine, Laboratories, Ambulance) | 571,300 | 582,726 | 582,726 | 582,726 | 582,726 |
| Other (Security, Laundry, Cleaning Supplies, Health Insurance, Deliver, Transportation) | 208,700 | 210,000 | 230,000 | 250,000 | 250,000 |
| Total Operating Expenses | 3,762,655 | 3,826,986 | 3,889,920 | 3,973,989 | 4,029,396 |
| Cash flows from operations | 911,345 | 939,014 | 960,080 | 982,011 | 926,604 |

| Payments to Creditors: (As per Exhibit 3) | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---:|---:|---:|---:|---:|
| CLASS 1  ADMINISTRATIVE CLAIMS | 84,750 | - | - | - | - |
| CLASS 2  SECURED- Principal | 281,847 | 296,612 | 306,019 | 315,873 | 326,199 |
| SECURED- Interest | 103,093 | 95,810 | 86,403 | 76,549 | 66,224 |
| CLASS 3  GENERAL UNSECURED | 154,622 | 154,622 | 154,622 | 154,622 | 141,737 |
| PRIORITIES | 226,956 | 226,956 | 226,956 | - | - |
| PRIORITIES- Interest | 33,280 | 20,236 | 7,098 | - | - |
| Total Disbursements | 884,547 | 794,235 | 781,098 | 547,044 | 534,159 |
|  | 4,647,203 | 4,621,221 | 4,681,018 | 4,521,033 | 4,563,555 |
| Ending cash balance | $ 172,927 | $ 317,706 | $ 496,688 | $ 931,655 | $ 1,324,100 |

## THE MILLENNIUM INSTITUTE OF ADVANCED NURSING

### NOTES TO PROJECTED STATEMENTS OF CASH FLOWS
For the years ending December 31, 2012

**Note- 1- Nature of Business**

Operations:

The Corporation was organized in December 2000, under the laws of the Commonwealth of Puerto Rico, and begun operations in November 2001. It was established to provide nursing services, living facilities and elderly-care services to patients under daily basis and other long term agreements. It also provides skill nursing services to patients referred by Administration de Compensaciones Accidentes Automovilisticos (ACAA). The Corporation has a license from the Commonwealth of Puerto Rico's Department of Health to provide skill nursing services under provisions of Law 101. It also has a certification from the US Department of Health and Human Services Centers for Medicare and Medicaid services to be in compliance with Life Safety Code requirements for skilled nursing facilities. In June 2006, the Corporation was approved for 120 skilled nursing beds under the Medicare Program.

On July 24, 2008, the Company (the Debtor) filed petition for protection under Chapter 11 of the Federal Bankruptcy laws in the United States Bankruptcy Court for the District of Puerto Rico. On December 24, 2009 the Debtor received the approval from the Bankruptcy Court of the Disclosure Statement and the Plan of Reorganization. On March 2, 2010 the Bankruptcy Court confirmed the Plan of Reorganization.

**Note 2- Summary of Significant Assumptions**

This financial projection of operations and cash flows, presents to the best of management's knowledge and belief, the expected results of operations and cash flows for the projection period assuming a corporate re-organization under Chapter 11 of the United State Bankruptcy Court. Accordingly, the projection reflects management's judgment as of **November 5, 2012**, the date of this projection, of the expected conditions and its expected course of action if such corporate re-organization is approved. The presentation is designed to provide information for the reorganization plan and cannot be considered to be a presentation of expected future results. Accordingly, this projection may not be useful for other purposes.

The assumptions disclosed herein are those that management believes are significant to the projection. Even if the corporate re-organization is approved, there will usually be differences between projected and actual results, because events and circumstances frequently do not occur as expected, and those differences may be material.

Projected statement of cash flows:

A. <u>Forecasted Sales of nursing services</u> – Revenues for nursing services is recognized on a daily basis or as a provided by medical plan agreement. The revenue for living facilities and elderly care services are recognized when due. The following summarized the nursing services expected to be provided and collected during the years of operations.

| Year | Patients services |
|---|---|
| 1 | $ 4,614,000 |
| 2 | $ 4,706,000 |
| 3 | $ 4,800,000 |
| 4 | $ 4,896,000 |
| 5 | $ 4,896,000 |

B. <u>Forecasted Direct expenses-</u>

   a. Forecasted payroll – were forecasted assuming approximately $122,000 as an average monthly salary.

   b. Forecasted contract labor – were forecasted assuming $51,000 average contract labor per month. The contract labor is related to doctors and therapist salary.

   c. Forecasted Repairs & Maintenance – were forecasted of $5,000 on a monthly basis.

   d. Forecasted utilities expense – were forecasted assuming an average of $28,000 utilities expense per month.

   e. Patient Service (Food, Medicine, Laboratories, Ambulance) – an average of $48,000 patient service expense were forecasted.

The Corporation Millennium Institute for Advance Nursing Care, Inc. will establish a hospice institutional program whiting their actual facilities. The proposal will add a new dimension to their actual skilled services of nursing.

Millennium will provide in-patient service, the beneficiaries of the in-patient service is to patients of hospice care that shows symptoms or pains that cannot be treated in house and require twenty four (24) hour treatment. The projection of additional net revenue due to hospice service is approximately $650,000 per year, based on an approval of 6 beds and a utilization of 80%.

The projection of cash flows takes in consideration other increments in expenses directly related to this new line of business. The variables are:

   a. Salary increase of approximately $100,000 per year.
   b. Additional increase of approximately 15% in fringe benefits.
   c. Patient Service (Food, Medicine, Laboratories, Ambulance) were computed in average of $25 per day per patient with an increment of 3% due to inflation per year. This represents approximately $60,000 per year.
   d. Utilities were calculated of approximately $10.6 per patient day.

The projection is that the hospice operation will be profitable since the first year of operations due to the personnel, physical plant, equipment and beds.

Page 2

## NOTE 3- Payments of claims

All pre-petition debts are to be paid in cash or in accordance with the Debtor's reorganization plan, as presented in the Payment Plan (Exhibit __).

## NOTE 4- Tax Prepayments

The Company is currently negotiating certain tax withholdings/prepayments with the PR Treasury Department. If any of those withholdings/prepayments were granted, proceeds will be used to offset existing debts with the PR Treasury Department.