# MILLENNIUM INSTITUTE OF ADVANCE NURSING
## PAYMENTS UNDER PLAN

| Creditor | Claim # | Class | Amount expected to be allowed | Percent to be paid | Amount to be paid | Proposed Monthly Payment | Principal 2013 | Principal 2014 | Principal 2015 | Principal 2016 | Principal 2017 | Interest 2013 | Interest 2014 | Interest 2015 | Interest 2016 | Interest 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLASS 1 - ADMINISTRATIVE CLAIMS** | | | | | | | | | | | | | | | | |
| | n/a | 1 | | 100% | $ 84,750 | | $ 84,750 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **CLASS 2 - SECURED** | | | | | | | | | | | | | | | | |
| Banco Popular | 4 | 2 | 1,879,151 | 100% | 1,879,151 | 21,231 | 159,831 | 168,008 | 176,604 | 185,639 | 195,137 | 94,941 | 86,764 | 78,168 | 69,133 | 59,635 |
| Evangelina Milan | 2 | 2 | 239,327 | 100% | 239,327 | 3,989 | 47,865 | 47,865 | 47,865 | 47,865 | 47,865 | | | | | |
| Small Business Administration | 2 | 2 | 1,015,732 | 100% | 1,015,732 | 7,482 | 74,150 | 80,739 | 81,550 | 82,369 | 83,196 | 8,152 | 9,046 | 8,235 | 7,416 | 6,589 |
| Total Class 2 | | | 3,134,210 | | 3,134,210 | 32,702 | 281,847 | 296,612 | 306,019 | 315,873 | 326,199 | 103,093 | 95,810 | 86,403 | 76,549 | 66,224 |
| **CLASS 3 - GENERAL UNSECURED** | | | | | | | | | | | | | | | | |
| 1983-01 Corp | | 3 | 1,254 | 100% | 1,254 | 21 | 251 | 251 | 251 | 251 | 230 | | | | | |
| Autoridad De Energia Electrica | | 3 | 57,291 | 100% | 57,291 | 965 | 11,458 | 11,458 | 11,458 | 11,458 | 11,458 | | | | | |
| BPPR | 3 | 3 | 120,386 | 100% | 120,386 | 2,006 | 24,077 | 24,077 | 24,077 | 24,077 | 24,077 | | | | | |
| Cadillac Uniforms | | 3 | 1,730 | 100% | 1,730 | 29 | 346 | 346 | 346 | 346 | 317 | | | | | |
| Carlos Raul Peres Bras | | 3 | 3,352 | 100% | 3,352 | 56 | 670 | 670 | 670 | 670 | 615 | | | | | |
| Centro Investigaciones y Policia Privada, Inc. | | 3 | 2,259 | 100% | 2,259 | 38 | 452 | 452 | 452 | 452 | 414 | | | | | |
| CRIM | | 3 | 47,060 | 100% | 47,060 | 784 | 9,412 | 9,412 | 9,412 | 9,412 | 8,628 | | | | | |
| Departamento de Hacienda | 2 | 3 | 213,009 | 100% | 213,009 | 3,550 | 42,602 | 42,602 | 42,602 | 42,602 | 39,052 | | | | | |
| Drug Unlimited, Inc. | 5 | 3 | 1,816 | 100% | 1,816 | 30 | 363 | 363 | 363 | 363 | 333 | | | | | |
| ERGA/C Contractors | | 3 | 1,643 | 100% | 1,643 | 27 | 329 | 329 | 329 | 329 | 301 | | | | | |
| Excellent Cleaning Group | | 3 | 1,866 | 100% | 1,866 | 31 | 373 | 373 | 373 | 373 | 342 | | | | | |
| Empleos Ahora, Inc./Farmacia Summit Hills | 4 | 3 | 3,464 | 100% | 3,464 | 58 | 693 | 693 | 693 | 693 | 635 | | | | | |
| Farmacia Summit Hill | | 3 | 3,123 | 100% | 3,123 | 52 | 625 | 625 | 625 | 625 | 573 | | | | | |
| Fondo Del Seguro Del Estado | | 3 | 29,696 | 100% | 29,696 | 495 | 5,939 | 5,939 | 5,939 | 5,939 | 5,444 | | | | | |
| Fondo Del Seguro Del Estado | 1 | 3 | 16,703 | 100% | 16,703 | 278 | 3,341 | 3,341 | 3,341 | 3,341 | 3,062 | | | | | |
| IRS | | 3 | 194,766 | 100% | 194,766 | 3,246 | 38,953 | 38,953 | 38,953 | 38,953 | 35,707 | | | | | |
| Laida Pla | | 3 | 2,128 | 100% | 2,128 | 35 | 426 | 426 | 426 | 426 | 390 | | | | | |
| Medics | | 3 | 1,882 | 100% | 1,882 | 31 | 376 | 376 | 376 | 376 | 345 | | | | | |
| Miradero Capital | | 3 | 45,000 | 100% | 45,000 | 750 | 9,000 | 9,000 | 9,000 | 9,000 | 8,250 | | | | | |
| Municipality of San Juan | 3 | 3 | 21,349 | 100% | 21,349 | 356 | 4,270 | 4,270 | 4,270 | 4,270 | 3,914 | | | | | |
| Policia Privada | | 3 | 2,011 | 100% | 2,011 | 34 | 402 | 402 | 402 | 402 | 369 | | | | | |
| SANOFI-ADVENTIS | | 3 | 1,321 | 100% | 1,321 | 22 | 264 | 264 | 264 | 264 | 242 | | | | | |
| Total class 3 | | | 773,109 | | 773,109 | 12,885 | 154,622 | 154,622 | 154,622 | 154,622 | 141,737 | | | | | |
| **CLASS 4 - Stockholders** | | | | | | | | | | | | | | | | |
| TOTAL CLASSES | | | 3,907,319 | | 3,992,069 | 45,587 | 436,469 | 451,234 | 460,641 | 470,495 | 467,935 | 103,093 | 95,810 | 86,403 | 76,549 | 66,224 |
| **PRIORITIES** | | | | | | | | | | | | | | | | |
| CRIM | 2 | OP | 10,147 | 100% | 10,147 | 282 | 3,382 | 3,382 | 3,382 | | | | | | | |
| Departamento de Hacienda | 5 | OP | 192,008 | 100% | 192,008 | 5,334 | 64,003 | 64,003 | 64,003 | | | 279 | 169 | 64 | | |
| IRS | 1 | OP | 385,472 | 100% | 385,472 | 10,708 | 128,491 | 128,491 | 128,491 | | | 19,819 | 12,071 | 4,224 | | |
| Municipality of San Juan | 3 | OP | 93,239 | 100% | 93,239 | 2,590 | 31,080 | 31,080 | 31,080 | | | 10,614 | 6,438 | 2,262 | | |
| TOTAL PRIORITIES | | | 680,867 | | 680,867 | 18,913 | 226,956 | 226,956 | 226,956 | $ - | $ - | 33,280 | 20,236 | 7,098 | $ - | $ - |
| **TOTAL** | | | $ 4,588,186 | | $ 4,672,936 | $ 64,500 | $ 663,424 | $ 678,190 | $ 687,596 | $ 470,495 | $ 467,935 | $ 136,373 | $ 116,046 | $ 93,502 | $ 76,549 | $ 66,224 |

6