# EXHIBIT C

MILLENNIUM INSTITUTE OF ADVANCE NURSING
PAYMENTS UNDER PLAN
Effective date: October 2013

Exhibit \_\_\_
Revised

| Creditor | Claim # | Class | Amount expected to be allowed | Percent to be paid | Amount to be paid | Proposed Monthly Payment | Principal 2013 | Principal 2014 | Principal 2015 | Principal 2016 | Principal 2017 | Principal 2018 | Interest 2013 | Interest 2014 | Interest 2015 | Interest 2016 | Interest 2017 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLASS 1 - PRIORITY AND ADMINISTRATIVE CLAIMS** | | | | | | | | | | | | | | | | | | |
| Departamento de Hacienda | n/a | 1 | $ 84,750 | 100% | $ 43,750 | | $ 43,750 | | | | | | | | | | | Payable on effective date |
| IRS | 5 | IA | 192,008 | 100% | 192,008 | 4,465 | 13,395 | 53,584 | 53,584 | 53,584 | 17,661 | | 6,023 | 6,162 | 4,063 | 2,322 | 1,151 | |
| CRIM | 1 | IB | 448,879 | 100% | 448,879 | 10,439 | 31,317 | 125,269 | 125,269 | 125,269 | 41,755 | | 14,080 | 12,044 | 9,560 | 6,428 | 2,714 | |
| CRIM | 2 | IC | 10,147 | 100% | 10,147 | 235 | 708 | 2,832 | 2,832 | 2,832 | 944 | | 318 | 272 | 215 | 123 | 61 | |
| Municipality of San Juan | | ID | 93,299 | 100% | 93,299 | 2,168 | 6,505 | 26,020 | 26,020 | 26,020 | 8,673 | | 2,925 | 2,502 | 1,973 | 1,128 | 564 | |
| | | | 744,274 | | 744,274 | 17,309 | 61,926 | 207,704 | 207,704 | 207,704 | 69,235 | | 23,345 | 19,970 | 15,751 | 9,001 | 4,500 | Payable 6 months after effective d... |
| **CLASS 2 - SECURED CLAIM OF POPULAR** | | | | | | | | | | | | | | | | | | |
| Banco Popular | 4 | 2 | 1,879,151 | 100% | 1,879,151 | 21,231 | 165,928 | 174,415 | 183,338 | 192,718 | 202,578 | 212,942 | 88,646 | 80,357 | 71,434 | 62,054 | 52,194 | Currently |
| **CLASS 3 - SECURED CLAIM OF SMALL BUSINESS** | | | | | | | | | | | | | | | | | | |
| Small Business Administration | 3 | 3 | 1,015,732 | 100% | 1,015,732 | 7,482 | 47,416 | 80,470 | 81,218 | 82,065 | 82,920 | 83,753 | 4,968 | 9,315 | 8,567 | 7,690 | 6,865 | Effective date |
| **CLASS 4 - SECURED CLAIM OF EVANGELINA MILAN** | | | | | | | | | | | | | | | | | | |
| Evangelina Milan | 4 | 4 | 239,327 | 100% | 233,327 | 1,591 | 19,092 | 19,092 | 19,092 | 19,092 | 19,092 | 19,092 | | | | | | Effective date |
| | | | 3,134,210 | | 3,134,210 | 30,304 | 232,434 | 273,976 | 283,703 | 293,905 | 304,689 | 315,786 | 93,605 | 89,672 | 79,941 | 69,744 | 59,050 | |
| **CLASS 5 - CONVINIENCE CLASS (GENERAL UNSECURED LESS THAN $10,000)** | | | | | | | | | | | | | | | | | | |
| 1883-01 Corp | | 5 | 1,254 | 75% | 941 | n/a | 941 | | | | | | | | | | | |
| Cad'lac Uniforms | | 5 | 1,730 | 75% | 1,298 | n/a | 1,298 | | | | | | | | | | | |
| Carlos Raul Perez Bros | | 5 | 3,352 | 75% | 2,514 | n/a | 2,514 | | | | | | | | | | | |
| Centro Investigaciones y Policia Privada, Inc | | 5 | 2,259 | 75% | 1,694 | n/a | 1,694 | | | | | | | | | | | |
| Drug Unlimited, Inc. | | 5 | 1,816 | 75% | 1,362 | n/a | 1,362 | | | | | | | | | | | |
| ERDAC Colleccions | | 5 | 1,643 | 75% | 1,232 | n/a | 1,232 | | | | | | | | | | | |
| ExcelTemt Cleaning Group | | 5 | 1,850 | 75% | 1,400 | n/a | 1,400 | | | | | | | | | | | |
| Empleos Ahora, Inc,Farmacia Summit H's | | 5 | 3,464 | 75% | 2,598 | n/a | 2,598 | | | | | | | | | | | |
| Farmacia Summit H-1 | | 5 | 3,123 | 75% | 2,342 | n/a | 2,342 | | | | | | | | | | | |
| Lc'da Pia | | 5 | 2,128 | 75% | 1,596 | n/a | 1,596 | | | | | | | | | | | |
| Médica | | 5 | 1,882 | 75% | 1,412 | n/a | 1,412 | | | | | | | | | | | |
| Policía Privada | | 5 | 2,011 | 75% | 1,508 | n/a | 1,508 | | | | | | | | | | | |
| SANOFI-ADVENTIS | | 5 | 1,321 | 75% | 991 | n/a | 991 | | | | | | | | | | | |
| **Total Class 5** | | | 27,849 | | 20,887 | | 20,887 | | | | | | | | | | | |
| **CLASS 6 : GENERAL UNSECURED MORE THAN $10,000** | | | | | | | | | | | | | | | | | | |
| Autoridad De Energia Electrica | | 6 | 57,291 | 90% | 51,552 | 716 | 2,148 | 8,594 | 8,594 | 8,594 | 8,594 | 15,039 | | | | | | Effective date |
| BPPR | | 6 | 120,385 | 90% | 108,346 | 1,505 | 4,514 | 18,058 | 18,058 | 18,058 | 18,058 | 31,601 | | | | | | |
| CRIM | | 6 | 47,060 | 90% | 42,354 | 588 | 1,765 | 7,059 | 7,059 | 7,059 | 7,059 | 12,353 | | | | | | |
| Departamento de Hacienda | | 6 | 213,009 | 90% | 191,708 | 2,663 | 7,988 | 31,951 | 31,951 | 31,951 | 31,951 | 55,915 | | | | | | |
| Fondo Del Seguro Del Estado | | 6 | 28,656 | 90% | 25,726 | 371 | 1,114 | 4,454 | 4,454 | 4,454 | 4,454 | 7,795 | | | | | | |
| Fondo Del Seguro Del Estado | | 6 | 16,703 | 90% | 15,033 | 209 | 626 | 2,505 | 2,505 | 2,505 | 2,505 | 4,385 | | | | | | |
| IRS | | 6 | 131,358 | 90% | 118,222 | 1,642 | 4,926 | 19,704 | 19,704 | 19,704 | 19,704 | 34,481 | | | | | | |
| M.radeo Capital | | 6 | 45,000 | 90% | 40,500 | 563 | 1,688 | 6,750 | 6,750 | 6,750 | 6,750 | 11,813 | | | | | | |
| Municipality of San Juan | | 6 | 21,349 | 90% | 19,214 | 267 | 801 | 3,202 | 3,202 | 3,202 | 3,202 | 5,604 | | | | | | |
| **Total class 3** | | | 681,852 | | 613,660 | 8,523 | 25,569 | 102,278 | 102,278 | 102,278 | 102,278 | 178,986 | | | | | | |
| **CLASS 7** Contingent | | | | | | | | | | | | | | | | | | 60 days after effective date |
| Maria Hurido Orozco V. | | 7 | | | | | | | | | | | | | | | | |
| Aurea Silva Alverio V. | | 7 | | Contingent/Unliquidated | | | | | | | | | | | | | | |
| Carmen Silva Alverio V. | | 7 | | Contingent/Unliquidated | | | | | | | | | | | | | | |
| Carlos Osorio Rosario V. | | 7 | | Contingent/Unliquidated | | | | | | | | | | | | | | |
| Amerilys De Jesus Ferrer V. | | 7 | | Contingent/Unliquidated | | | | | | | | | | | | | | |
| **CLASS 8** Stockholders | | | | | | | | | | | | | | | | | | |
| **TOTAL** | | | $ 4,572,935 | | $ 4,556,188 | $ 56,136 | $ 374,556 | $ 583,959 | $ 593,590 | $ 603,887 | $ 416,102 | $ 494,773 | $ 111,150 | $ 109,642 | $ 95,692 | $ 78,745 | $ 63,550 | |

Revised 03/2014

**MILLENNIUM INSTITUTE OF ADVANCE NURSING**
**(DEBTOR IN POSSESSION)**
**FORECASTED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDING DECEMBER 31, 2014 THROUGH 2018**

| | March-June 2014 | July-Dec. 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 160,000 | $ 116,125 | $ 185,531 | $ 402,696 | $ 540,125 | $ 792,253 |
| Cash Inflows: | | | | | | |
| Cash Income | 4,000 | 30,000 | 59,000 | 59,000 | 59,000 | 59,000 |
| Accounts Receivable | 580,800 | 2,400,000 | 4,800,000 | 4,800,000 | 4,800,000 | 4,800,000 |
| | 584,800 | 2,430,000 | 4,859,000 | 4,859,000 | 4,859,000 | 4,859,000 |
| Total Funds Available | 744,800 | 2,546,125 | 5,044,531 | 5,261,696 | 5,399,125 | 5,651,253 |
| Cash outflows: | | | | | | |
| Advertising | 2,000 | 3,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Bank Charges | 500 | 750 | 500 | 500 | 500 | 500 |
| Contract Labor | 20,000 | 306,000 | 650,000 | 663,000 | 676,000 | 690,000 |
| Insurance | 5,000 | 7,500 | 15,000 | 15,000 | 15,000 | 15,000 |
| Office Supplies | 1,500 | 2,250 | 4,500 | 4,500 | 4,500 | 4,500 |
| Payroll | 140,000 | 690,000 | 1,380,000 | 1,408,000 | 1,436,000 | 1,465,000 |
| Payroll Taxes and benefits | 32,200 | 158,700 | 317,400 | 323,800 | 330,300 | 337,000 |
| Professional Fees (Accounting & Legal) | 5,000 | 50,000 | 50,000 | 51,500 | 53,045 | 54,636 |
| Rent | 400 | 600 | 600 | 600 | 600 | 600 |
| Repairs & Maintenance | 5,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Disability Insurance Expense | 1,100 | 3,300 | 3,300 | 3,356 | 3,433 | 3,502 |
| Group Insurance | 12,000 | 36,000 | 72,000 | 73,440 | 74,909 | 76,407 |
| Telephone | 16,000 | 27,000 | 54,000 | 54,000 | 54,000 | 54,000 |
| Utilities | 48,000 | 108,000 | 216,000 | 217,500 | 219,000 | 220,500 |
| Vehicle Expenses | 12,000 | 18,000 | 36,000 | 36,000 | 36,000 | 36,000 |
| Patient Service (Food, Medicine, Laboratories, Ambulance) | 54,000 | 420,000 | 840,000 | 865,000 | 891,000 | 918,000 |
| Other (Security, Laundry, Cleaning Supplies, Deliver, Transportation) | 8,000 | 120,500 | 241,000 | 248,000 | 255,000 | 263,000 |
| Total Operating Expenses | 362,700 | 1,966,600 | 3,900,300 | 3,984,206 | 4,069,287 | 4,156,645 |
| Cash flows from operations | 382,100 | 463,400 | 958,700 | 874,794 | 789,713 | 700,355 |
| Payments to Creditors: (As per Exhibit 3) | March-June 2014 | July-Dec. 2014 | 2015 | 2016 | 2017 | 2018 |
| PRIORITIES | | | | | | |
| CLASS 1  Administrative | 43,750 | - | - | - | - | - |
| Departamento de Hacienda | 16,001 | 32,001 | 64,003 | 64,003 | 16,001 | |
| IRS | 39,544 | 79,089 | 158,178 | 158,178 | 39,544 | |
| CRIM | 846 | 1,691 | 3,382 | 3,382 | 846 | |
| Municipality of San Juan | 7,770 | 15,540 | 31,080 | 31,080 | 7,770 | |
| Priorities Interest | 6,256 | 18,767 | 21,895 | 17,724 | 10,426 | |
| CLASS 2  SECURED CLAIM OF POPULAR | 63,693 | 102,233 | 174,415 | 183,338 | 192,718 | 202,578 |
| SECURED CLAIM OF POPULAR - Interest | 22,212 | 66,635 | 80,357 | 71,434 | 62,054 | 52,194 |
| CLASS 3  SECURED CLAIM OF SMALL BUSINESS | 22,446 | 24,970 | 80,470 | 81,278 | 82,095 | 82,920 |
| SECURED CLAIM OF SMALL BUSINESS - Interest | 1,240 | 3,719 | 9,315 | 8,507 | 7,690 | 6,865 |
| CLASS 4  SECURED CLAIM OF EVANGELINA MILAN | 4,773 | 7,955 | 19,092 | 19,092 | 19,092 | 19,092 |
| CLASS 5  GENERAL UNSECURED LESS THAN $10,000 | 20,887 | - | - | - | - | - |
| CLASS 6  GENERAL UNSECURED MORE THAN $10,000 | 16,558 | 41,395 | 99,349 | 99,349 | 99,349 | 240,093 |
| Total Disbursements | 265,975 | 393,995 | 741,535 | 737,365 | 537,584 | 603,742 |
| | 628,675 | 2,360,595 | 4,641,835 | 4,721,571 | 4,606,871 | 4,762,387 |
| Ending cash balance | $ 116,125 | $ 185,531 | $ 402,696 | $ 540,125 | $ 792,253 | $ 888,866 |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2013 through December 31, 2013

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | |
| Income from Rent | $ 73,648 | $ 70,243 | $ 67,156 | $ 66,848 | $ 77,641 | $ 76,888 | $ 58,753 | $ 64,136 | $ 68,245 | $ 76,012 | $ 82,794 | $ 72,670 |
| TSS Income | $ 21,594 | $ 67,968 | $ 37,591 | $ 47,172 | $ 48,264 | $ 83,647 | $ 48,698 | $ 59,126 | $ 86,663 | $ 64,643 | $ 45,408 | $ 52,630 |
| ACAA Income | $ 45,423 | $ 40,398 | $ 34,882 | $ 39,368 | $ 35,312 | $ 31,585 | $ 29,094 | $ 15,879 | $ 13,532 | $ 13,581 | $ 17,358 | $ 18,363 |
| Medicare Income | $ 35,568 | $ 20,797 | $ 32,378 | $ 41,143 | $ 31,943 | $ 26,486 | $ 32,769 | $ 38,343 | $ 25,473 | $ 38,715 | $ 44,101 | $ 24,027 |
| Other Insurance Income | $ 19,962 | $ 26,422 | $ 23,982 | $ 16,064 | $ 19,467 | $ 38,313 | $ 26,077 | $ 22,542 | $ 22,346 | $ 16,874 | $ 20,708 | $ 25,481 |
| MMM Income | $ 111,276 | $ 120,098 | $ 96,549 | $ 131,096 | $ 109,131 | $ 128,233 | $ 106,752 | $ 166,176 | $ 123,429 | $ 136,819 | $ 102,509 | $ 86,320 |
| MCS Income | $ 38,713 | $ 61,261 | $ 85,729 | $ 72,822 | $ 101,671 | $ 77,562 | $ 104,882 | $ 95,353 | $ 72,262 | $ 90,999 | $ 95,425 | $ 61,492 |
| Beauty Salon Income | $ 20 | $ 70 | $ 35 | $ 240 | $ 35 | $ 60 | $ 80 | $ 35 | $ 60 | $ 80 | $ 100 | $ 89 |
| Other Income | $ 218 | $ 180 | $ 281 | $ 95 | $ 194 | $ 119 | $ 385 | $ 150 | $ 218 | $ 79 | $ 282 | $ 288 |
| Interest Income | $ 20 | $ 2 | $ 1 | $ 2 | $ 1 | $ 1 | $ 1 | $ 1 | $ 12 | $ 25 | $ 62 | $ 72 | $ 48 |
| Televisores | $ 2,459 | $ 4,143 | $ 3,205 | $ 3,747 | $ 2,787 | $ 2,991 | $ 2,700 | $ 2,283 | $ 3,105 | $ 2,421 | $ 1,824 | $ 3,174 |
| Lunch Sales | $ 1,213 | $ 1,424 | $ 1,352 | $ 1,477 | $ 1,507 | $ 1,471 | $ 1,299 | $ 1,387 | $ 1,905 | $ 1,529 | $ 1,472 | $ 1,639 |
| Miscelaneous Income | $ - | $ 255 | $ 86 | $ 365 | $ 430 | $ 348 | $ 94 | $ - | $ - | $ 241 | $ 442 | $ 86 |
| **Total Revenues** | $ 350,113 | $ 413,260 | $ 383,227 | $ 420,439 | $ 428,383 | $ 467,703 | $ 411,584 | $ 465,423 | $ 417,263 | $ 442,055 | $ 412,494 | $ 346,306 |
| **Expenses** | | | | | | | | | | | | |
| Salaries Expense | $ 101,701 | $ 109,488 | $ 102,010 | $ 108,681 | $ 112,860 | $ 111,008 | $ 105,433 | $ 107,048 | $ 116,835 | $ 111,741 | $ 122,181 | $ 113,235 |
| Employee Bonus | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 100 | $ (100) | $ - | $ 46,327 |
| Vacations Expense | $ 5,877 | $ 3,478 | $ 5,183 | $ 3,553 | $ 2,950 | $ 4,545 | $ 9,815 | $ 15,539 | $ 3,481 | $ 7,471 | $ 2,896 | $ 4,173 |
| Sick Expense | $ 2,985 | $ 3,716 | $ 1,316 | $ 4,472 | $ 3,209 | $ 5,017 | $ 1,412 | $ 1,975 | $ 1,823 | $ 2,036 | $ 918 | $ 2,673 |
| Holiday Expense | $ 7,870 | $ 69 | $ - | $ 7,511 | $ - | $ 3,399 | $ 4,161 | $ 3,698 | $ 3,876 | $ - | $ 1,858 | $ 7,387 |
| Professional Fees Expense | $ 14,268 | $ 16,937 | $ 13,810 | $ 15,811 | $ 13,674 | $ 19,863 | $ 20,460 | $ 18,209 | $ 17,534 | $ 16,485 | $ 14,506 | $ 16,599 |
| Security Expense | $ 5,330 | $ 5,896 | $ 6,084 | $ 6,367 | $ 6,604 | $ 5,748 | $ 5,848 | $ 5,868 | $ 6,393 | $ 5,762 | $ 5,817 | $ 8,722 |
| Employee Incentive Program | $ 600 | $ 1,050 | $ 1,450 | $ 1,700 | $ 700 | $ 1,150 | $ 750 | $ 1,000 | $ 1,100 | $ 1,700 | $ 1,000 | $ 1,400 |
| Employee Differential Payment | $ 1,310 | $ 1,354 | $ 1,304 | $ 1,324 | $ 1,462 | $ 1,384 | $ 1,316 | $ 1,304 | $ 1,438 | $ 1,460 | $ 1,370 | $ 1,386 |
| Equip. Rental Expense | $ 100 | $ 100 | $ - | $ - | $ 300 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 |
| Therapy Service Exp. | $ 7,950 | $ 9,550 | $ 7,690 | $ 10,510 | $ 9,500 | $ 8,910 | $ 10,040 | $ 9,027 | $ 9,800 | $ 8,430 | $ 7,050 | $ 2,750 |
| Laundry Expense | $ 1,147 | $ 1,901 | $ 1,906 | $ 1,764 | $ 1,705 | $ 1,554 | $ 1,803 | $ 4,037 | $ 1,918 | $ 1,974 | $ 1,689 | $ 1,595 |
| Cleaning Services & Supplies | $ 2,363 | $ 4,266 | $ 3,129 | $ 3,113 | $ 3,363 | $ 2,560 | $ 3,575 | $ 2,458 | $ 4,249 | $ 3,099 | $ 3,329 | $ 2,685 |
| Office & Supplies expense | $ 487 | $ 1,158 | $ 889 | $ 1,228 | $ 1,849 | $ 1,408 | $ 1,307 | $ 1,489 | $ 1,141 | $ 1,346 | $ 4,534 | $ 1,309 |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2013 through December 31, 2013

|  | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Hospital & Supplies expense | $ 12,994 | $ 15,133 | $ 11,493 | $ 13,619 | $ 15,058 | $ 13,758 | $ 15,336 | $ 20,032 | $ 18,000 | $ 11,836 | $ 16,778 | $ 24,021 |
| Food Expense | $ 17,024 | $ 18,438 | $ 13,453 | $ 18,803 | $ 22,798 | $ 14,334 | $ 18,026 | $ 19,808 | $ 17,780 | $ 19,657 | $ 23,028 | $ 14,775 |
| Drug & Medicine Expense | $ 17,207 | $ 15,931 | $ 15,255 | $ 15,746 | $ 18,668 | $ 14,931 | $ 17,934 | $ 17,313 | $ 11,681 | $ 18,901 | $ 15,888 | $ 12,823 |
| Insurance Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ 541 | $ 541 | $ - | $ - | $ - | $ - |
| Therapy Materilas Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 50 | $ - | $ - | $ - |
| Ambulance Services Expense | $ - | $ - | $ - | $ 320 | $ 320 | $ 100 | $ - | $ 720 | $ 125 | $ 320 | $ 200 | $ 160 |
| Laboratory Services | $ 5,810 | $ 6,879 | $ 7,207 | $ 4,755 | $ 6,683 | $ 10,086 | $ 4,210 | $ 8,857 | $ 6,372 | $ 6,792 | $ 8,235 | $ 5,612 |
| Computer Expense | $ 132 | $ 102 | $ 102 | $ 102 | $ 192 | $ 374 | $ 2,778 | $ 1,620 | $ 209 | $ 657 | $ 102 | $ 102 |
| Communication Expense | $ 5,241 | $ 3,998 | $ 4,377 | $ 6,055 | $ 4,879 | $ 3,941 | $ 3,970 | $ 3,797 | $ 3,982 | $ 2,799 | $ 1,015 | $ 9,503 |
| Contract Service Kitchen | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,050 | $ 8,000 | $ 8,000 |
| Representation Expense | $ 6,500 | $ - | $ - | $ 4,875 | $ - | $ - | $ 4,880 | $ 1,283 | $ - | $ 8,153 | $ - | $ - |
| Physician Fees Expense | $ 19,500 | $ 7,481 | $ 23,125 | $ 14,197 | $ 24,250 | $ 22,000 | $ 26,750 | $ 16,200 | $ 26,375 | $ 15,500 | $ 27,375 | $ 29,575 |
| Patient Services Expenses | $ 2,649 | $ 4,879 | $ 2,341 | $ 3,443 | $ 2,477 | $ 3,711 | $ 2,891 | $ 3,208 | $ 3,396 | $ 2,170 | $ 3,525 | $ 5,591 |
| Fees & Subscription Expense | $ 532 | $ - | $ (30) | $ 180 | $ 1,557 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Advertising & Publication Exp | $ 390 | $ 271 | $ 875 | $ 525 | $ - | $ 420 | $ - | $ 214 | $ 417 | $ 2,195 | $ 1,161 | $ 278 |
| Postal Service Expense | $ 19 | $ - | $ 235 | $ 49 | $ 18 | $ 3 | $ 56 | $ 53 | $ 46 | $ 24 | $ 73 | $ 28 |
| Bad Debts Expense | $ 121 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest & Charges Expense | $ 8,756 | $ 757 | $ 8,666 | $ 743 | $ 693 | $ 16,578 | $ 8,508 | $ 8,439 | $ 8,639 | $ 8,317 | $ 8,256 | $ 8,323 |
| Audit Fees | $ - | $ - | $ - | $ - | $ 2,900 | $ 2,270 | $ 2,215 | $ 8,290 | $ 1,305 | $ 2,186 | $ - | $ - |
| Legal Fees | $ - | $ 80 | $ 4,630 | $ - | $ 1,000 | $ 16,072 | $ - | $ 40 | $ - | $ 40 | $ 13,927 | $ 10,019 |
| Licences & Permits Expense | $ - | $ - | $ - | $ 2,277 | $ - | $ 150 | $ - | $ 500 | $ 233 | $ 430 | $ 1,506 | $ - |
| Dues & Memberships Expense | $ 80 | $ - | $ 110 | $ 935 | $ 820 | $ 2,677 | $ - | $ - | $ 760 | $ 1,673 | $ 590 | $ - |
| Depreciation & Amortization | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 139,964 |
| General Repair Expense | $ 2,438 | $ 7,139 | $ 155 | $ 2,842 | $ 90 | $ 1,796 | $ 2,991 | $ 1,761 | $ 2,836 | $ 4,855 | $ 630 | $ 4,978 |
| Maintenance Expense | $ 1,183 | $ 1,388 | $ 2,565 | $ 1,294 | $ 1,276 | $ 387 | $ 1,439 | $ 2,309 | $ 5,466 | $ 4,144 | $ 46 | $ 2,485 |
| Gardening Expense | $ 1,460 | $ 650 | $ 650 | $ 810 | $ 650 | $ 810 | $ 650 | $ 650 | $ 810 | $ 650 | $ 1,010 | $ 650 |
| Waste Disposal Expense | $ 6,001 | $ 5,431 | $ 5,416 | $ 5,840 | $ 6,541 | $ 5,592 | $ 5,712 | $ 6,920 | $ 5,561 | $ 7,202 | $ 5,485 | $ 6,154 |
| Automobile Expense | $ 2,436 | $ 2,784 | $ 2,225 | $ 3,268 | $ 2,953 | $ 2,291 | $ 4,061 | $ 3,121 | $ 4,257 | $ 5,707 | $ 4,932 | $ 6,699 |
| Miscelaneous Expense | $ - | $ - | $ 112 | $ - | $ 1,295 | $ - | $ - | $ 348 | $ 723 | $ 3,091 | $ - | $ - |
| Other Expense | $ 808 | $ 476 | $ 2,483 | $ 179 | $ 213 | $ (1,877) | $ 520 | $ (1,417) | $ 188 | $ 712 | $ 1,941 | $ 2,774 |
| Electricity Expense | $ 15,002 | $ 18,105 | $ 17,426 | $ 17,196 | $ 17,731 | $ 15,558 | $ 16,940 | $ 16,160 | $ 15,730 | $ 18,285 | $ 15,500 | $ 12,305 |
| Water Expense | $ 917 | $ 902 | $ 1,006 | $ 837 | $ 894 | $ 1,038 | $ 955 | $ 1,375 | $ 1,554 | $ 1,620 | $ 1,784 | $ 1,938 |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2013 through December 31, 2013

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Gas Expense | $ 4,061 | $ 3,221 | $ 2,626 | $ 3,277 | $ 2,678 | $ 3,724 | $ 3,143 | $ 5,089 | $ 4,407 | $ 5,018 | $ 3,529 | $ 3,197 |
| Oxygen Expense | $ - | $ - | $ 439 | $ - | $ - | $ 340 | $ - | $ - | $ - | $ - | $ - | $ - |
| Social Security Expense | $ 7,492 | $ 7,416 | $ 6,928 | $ 7,920 | $ 7,544 | $ 7,874 | $ 7,650 | $ 8,126 | $ 8,014 | $ 7,738 | $ 8,102 | $ 10,979 |
| Medicare SS Expense | $ 1,752 | $ 1,734 | $ 1,620 | $ 1,852 | $ 1,764 | $ 1,842 | $ 1,789 | $ 1,901 | $ 1,874 | $ 1,810 | $ 1,895 | $ 2,568 |
| State Unemployment Tax | $ 6,526 | $ 6,338 | $ 5,343 | $ 4,399 | $ 3,085 | $ 2,027 | $ 1,035 | $ 910 | $ 782 | $ 681 | $ 843 | $ 1,102 |
| Federal Unemployment Expense | $ 648 | $ 634 | $ 534 | $ 440 | $ 308 | $ 203 | $ 103 | $ 91 | $ 78 | $ 68 | $ 84 | $ 116 |
| Disability Ins. Expense | $ 206 | $ 203 | $ 185 | $ 181 | $ 133 | $ 108 | $ 69 | $ 55 | $ 37 | $ 31 | $ 31 | $ 39 |
| Other Tax Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 160 | $ - | $ - |
| Municipal Tax Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ 10,919 | $ - | $ - | $ - | $ - | $ - |
| Group Insurance Expense | $ 2,079 | $ 2,920 | $ 4,212 | $ 4,442 | $ 4,022 | $ 4,203 | $ 556 | $ 6,559 | $ 7,076 | $ 6,373 | $ 5,603 | $ 5,260 |
| Delivery Expense | $ 165 | $ 250 | $ 240 | $ 313 | $ 500 | $ 135 | $ 283 | $ 590 | $ 240 | $ 3,588 | $ 293 | $ 240 |
| Transportation Expense | $ - | $ - | $ - | $ 45 | $ - | $ 45 | $ 45 | $ 45 | $ 45 | $ 90 | $ 45 | $ - |
| **Total Expenses** | **$ 310,115** | **$ 300,502** | **$ 298,777** | **$ 315,790** | **$ 320,166** | **$ 342,145** | **$ 340,978** | **$ 345,260** | **$ 336,836** | **$ 343,025** | **$ 348,660** | **$ 540,597** |
| **Net Income** | **$ 39,998** | **$ 112,758** | **$ 84,450** | **$ 104,649** | **$ 108,217** | **$ 125,558** | **$ 70,607** | **$ 120,162** | **$ 80,427** | **$ 99,030** | **$ 63,834** | **$ (194,292)** |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2014 through December 31, 2014

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | |
| Living Income | $ 71,737.56 | 54,842.00 | 61,014.80 | 52,970.00 | 53,196.00 | 61,903.04 | 63,657.00 | 70,404.00 | 70,794.25 | 77,893.00 | 73,891.33 | 76,284.96 | 788,587.94 |
| TSS Income | 8,913.63 | 14,985.28 | 27,452.80 | 17,959.00 | 10,597.71 | 61,456.00 | 34,592.00 | 1,840.00 | 0.00 | 736.00 | 7,360.00 | 13,616.00 | 199,508.42 |
| ACAA Income | 29,561.00 | 10,866.00 | 22,064.00 | 18,146.00 | 44,376.00 | 49,464.00 | 35,346.00 | 32,494.00 | 25,047.00 | 15,802.00 | 25,769.00 | 25,075.00 | 334,010.00 |
| Medicare Income | 31,031.02 | 20,136.20 | (1,441.65) | 0.00 | 0.00 | 41.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49,766.77 |
| Other Insurance Income | 22,622.31 | 637.50 | 15,279.11 | 5,958.92 | 1,200.00 | 3,193.40 | 13,600.00 | 10,450.00 | 4.96 | 2,515.00 | 7,241.00 | 1,115.00 | 83,817.20 |
| MMM Income | 56,184.10 | 77,509.83 | 2,971.74 | 29.14 | 0.00 | (2,966.30) | 0.00 | 2,695.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136,423.51 |
| MCS Income | 49,679.00 | 55,925.00 | 10,169.81 | 5,474.75 | 4,380.00 | 7,585.00 | 2,650.00 | 0.00 | 0.00 | 4,053.00 | 12,516.00 | 4,985.00 | 157,417.56 |
| Beauty Salon Income | 20.00 | 120.00 | 100.00 | 45.00 | 47.00 | 0.00 | 45.00 | 50.00 | 115.00 | 80.00 | 20.00 | 60.00 | 702.00 |
| Patient Services | 0.00 | 0.00 | 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| Other Income | 128.75 | 50.00 | 128.50 | 129.25 | 124.00 | 154.00 | 167.00 | 124.50 | 559.07 | 1,096.56 | 165.00 | 60.00 | 2,886.63 |
| Interest Income | 53.78 | 40.84 | 8.36 | 11.41 | 0.78 | 0.00 | 334.57 | 3.40 | 0.00 | 0.00 | 0.00 | 9.78 | 462.92 |
| Televisores | 3,079.83 | 2,132.01 | 1,716.24 | 783.25 | 1,231.59 | 1,901.54 | 1,217.00 | 966.34 | 792.52 | 696.00 | 793.00 | 839.00 | 16,148.32 |
| Lunch Sales | 1,626.95 | 2,227.35 | 1,361.48 | 993.47 | 1,230.12 | 884.42 | 1,645.89 | 1,392.86 | 992.15 | 769.10 | 858.06 | 759.82 | 14,741.67 |
| Miscelaneous Income | 87.47 | 95.28 | 61.35 | 53.50 | 31.40 | 43.27 | 47.32 | 0.00 | 79.62 | 34.28 | 47.60 | 33.37 | 614.46 |
| **Total Revenues** | 274,725.40 | 239,567.29 | 140,956.54 | 102,553.69 | 116,414.60 | 183,659.57 | 153,301.78 | 120,420.10 | 98,384.57 | 103,674.94 | 128,660.99 | 122,837.93 | 1,785,157.40 |
| **Cost of Sales** | | | | | | | | | | | | | |
| Total Cost of Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Gross Profit** | 274,725.40 | 239,567.29 | 140,956.54 | 102,553.69 | 116,414.60 | 183,659.57 | 153,301.78 | 120,420.10 | 98,384.57 | 103,674.94 | 128,660.99 | 122,837.93 | 1,785,157.40 |
| **Expenses** | | | | | | | | | | | | | |
| Salaries Expense | 108,486.98 | 123,334.65 | 93,554.87 | 54,392.94 | 52,815.09 | 54,471.88 | 53,860.69 | 47,343.90 | 42,759.45 | 38,686.27 | 37,015.83 | 31,099.82 | 737,822.37 |
| Vacations Expense | 12,077.93 | 4,229.15 | 9,573.11 | 5,008.20 | 1,979.19 | 3,443.77 | 4,542.07 | 4,935.03 | 1,569.00 | 2,763.40 | 2,376.57 | 5,337.13 | 57,834.55 |
| Sick Expense | 3,516.06 | 3,026.19 | 1,626.24 | 3,575.30 | 1,513.24 | 3,228.49 | 645.00 | 1,312.80 | 1,298.45 | 1,629.50 | 906.55 | 758.80 | 23,036.62 |
| Holiday Expense | 11,199.47 | 0.00 | 221.52 | 571.89 | 1,778.05 | 1,577.64 | 1,294.80 | 1,309.04 | 1,322.21 | 330.60 | 0.00 | 1,976.15 | 21,581.37 |
| Professional Fees Expense | 14,704.57 | 16,497.83 | 13,951.06 | 10,204.90 | 10,512.20 | 17,675.84 | 30,763.28 | 19,239.35 | 22,839.72 | 20,961.23 | 22,474.18 | 25,334.06 | 225,158.22 |
| Security Expense | 7,893.99 | 5,126.58 | 5,240.85 | 3,795.93 | 6,996.09 | 5,036.49 | 4,625.61 | 4,806.65 | 5,315.97 | 5,917.53 | 4,648.29 | 4,862.29 | 64,266.27 |
| Employee Incentive Program | 1,300.00 | 1,500.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,800.00 |
| Employee Differential Payment | 1,412.00 | 1,488.00 | 1,256.00 | 660.00 | 798.00 | 700.00 | 778.00 | 728.00 | 760.00 | 378.00 | 286.00 | 168.00 | 9,412.00 |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2014 through December 31, 2014

|  | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 | YTD |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Equip. Rental Expense | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 1,200.00 |
| Therapy Service Exp. | 2,230.00 | 2,600.00 | 1,020.00 | 510.00 | 90.00 | 930.00 | 1,140.00 | 970.00 | 580.00 | 0.00 | 660.00 | 2,130.00 | 12,860.00 |
| Laundry Expense | 1,576.41 | 1,152.36 | 340.00 | 0.00 | 307.79 | 140.00 | 135.40 | 15.96 | 128.13 | 78.28 | 181.64 | 361.57 | 4,417.54 |
| Cleaning Services & Supplies | 2,747.91 | 3,815.19 | 2,002.58 | 2,732.33 | 2,022.01 | 2,740.57 | 1,588.12 | 1,791.21 | 244.94 | 2,789.06 | 316.47 | 1,889.30 | 24,679.69 |
| Office & Supplies expense | 839.69 | 1,085.36 | 395.46 | 27.56 | 1,134.79 | 167.68 | 596.43 | 128.67 | 137.00 | 414.35 | 183.03 | 406.29 | 5,516.31 |
| Hospital & Supplies expense | 12,168.05 | 6,713.93 | 2,858.50 | 4,534.79 | 3,368.24 | 3,773.46 | 4,498.98 | 5,778.08 | 2,983.53 | 2,633.03 | 2,424.03 | 3,649.42 | 55,384.04 |
| Food Expense | 17,731.80 | 11,043.70 | 7,447.35 | 8,020.93 | 8,928.50 | 13,131.68 | 13,547.37 | 6,582.62 | 11,494.51 | 6,693.88 | 7,834.65 | 9,209.77 | 121,666.76 |
| Drug & Medicine Expense | 11,976.22 | 8,448.30 | 5,253.28 | 4,142.78 | 4,359.79 | 5,895.12 | 3,772.48 | 2,120.62 | 3,289.27 | 883.31 | 1,064.84 | 2,060.88 | 53,266.89 |
| Insurance Expense | 3,021.54 | 3,021.54 | 3,021.54 | 3,134.67 | 3,134.67 | 3,134.67 | 3,134.67 | 3,134.67 | 3,134.67 | 3,134.67 | 3,134.67 | 3,159.01 | 37,300.99 |
| Ambulance Services Expense | 160.00 | 250.00 | 0.00 | 90.00 | 450.00 | 0.00 | 0.00 | 196.00 | 0.00 | 0.00 | 0.00 | 140.00 | 1,286.00 |
| Laboratory Services | 4,145.00 | 5,532.00 | 78.00 | 416.00 | 1,576.50 | 2,288.00 | 1,036.50 | 1,063.00 | 250.50 | 258.00 | 663.00 | 687.50 | 17,994.00 |
| Computer Expense | 534.70 | 770.08 | 160.20 | 1,433.50 | 160.20 | 160.50 | 1,459.50 | 410.50 | 160.50 | 160.50 | 160.50 | 160.50 | 5,731.18 |
| Communication Expense | 7,337.57 | 3,363.28 | 4,292.12 | 2,855.35 | 5,136.55 | 3,101.64 | 5,486.49 | 3,916.34 | 10,121.67 | 4,321.83 | 4,135.93 | 4,485.29 | 58,554.06 |
| Contract Service Kitchen | 8,000.00 | 8,000.00 | 7,500.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 3,500.00 | 7,000.00 | 7,000.00 | 7,000.00 | 83,000.00 |
| Representation Expense | 6,509.89 | 0.00 | 4.11 | 4,875.00 | 0.00 | 0.00 | 4,881.55 | 230.00 | 0.00 | 4,884.63 | 0.00 | 0.00 | 21,385.18 |
| Physician Fees Expense | 4,289.46 | 15,932.68 | 8,796.36 | 7,363.64 | 4,725.00 | 4,875.00 | 6,000.00 | 2,500.00 | 11,038.00 | 4,145.00 | 2,908.00 | 3,745.00 | 76,318.14 |
| Patient Services Expenses | 1,699.03 | 7,571.43 | 1,367.54 | 1,488.52 | 1,870.80 | 2,444.37 | 245.96 | 3,164.28 | 504.88 | 8,324.23 | 517.65 | 2,900.76 | 32,099.45 |
| Advertising & Publication Exp | 713.69 | 1,229.96 | 286.89 | 372.80 | 406.60 | 0.00 | 0.00 | 160.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3,170.44 |
| Postal Service Expense | 77.09 | 12.22 | 335.86 | 61.98 | 25.53 | 145.34 | 0.00 | 36.84 | 40.18 | 110.98 | 21.40 | 31.51 | 898.93 |
| Bad Debts Expense | 0.00 | (334.32) | (23,178.37) | (13,873.48) | 0.00 | (8,846.00) | 0.00 | (4,710.00) | 0.00 | 2,000.00 | 200.00 | 0.00 | -48,742.17 |
| Interest & Charges Expense | 8,312.77 | 8,350.66 | 8,010.80 | 8,092.09 | 8,018.01 | 7,899.77 | 1,004.13 | 15,005.58 | 826.08 | 7,826.04 | 424.86 | 1,238.17 | 75,008.96 |
| Audit Fees | 0.00 | 0.00 | 0.00 | 0.00 | 6,695.00 | 0.00 | 45.00 | 10,900.00 | 1,030.00 | 500.00 | 3,000.00 | 0.00 | 22,170.00 |
| Legal Fees | 1,026.00 | 1,458.33 | 3,035.83 | 0.00 | 1,275.45 | 225.00 | 2,020.65 | 919.80 | 856.10 | 1,899.88 | 400.80 | 3,304.69 | 16,422.53 |
| Licences & Permits Expense | 0.00 | 0.00 | 1,157.50 | 0.00 | 1,527.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,684.50 |
| Dues & Memberships Expense | 415.00 | 530.00 | 45.00 | 364.50 | 0.00 | 100.00 | 0.00 | 13.00 | 2,045.00 | 60.00 | (305.00) | (50.00) | 3,217.50 |
| General Repair Expense | 3,036.55 | 7,364.84 | 3,396.00 | 1,997.38 | 2,028.15 | 1,846.51 | 1,060.00 | 1,110.40 | 60.00 | 0.00 | 385.00 | 698.94 | 22,983.77 |
| Maintenance Expense | 5,779.27 | 7,039.72 | 504.14 | 845.23 | 2,546.71 | 1,038.09 | 804.44 | 574.84 | 320.99 | 1,056.72 | 227.03 | 87.04 | 20,824.22 |
| Gardening Expense | 650.00 | 810.00 | 650.00 | 650.00 | 650.00 | 650.00 | 1,460.00 | 0.00 | 650.00 | 1,460.00 | 810.00 | 650.00 | 9,090.00 |
| Waste Disposal Expense | 5,723.77 | 4,510.74 | 4,328.41 | 3,224.04 | 3,676.71 | 3,445.22 | 3,837.88 | 3,652.17 | 2,879.91 | 7,247.11 | 3,776.92 | 4,635.51 | 50,938.39 |
| Automobile Expense | 6,140.00 | 4,374.78 | 2,484.75 | 769.89 | 765.39 | 900.39 | 1,280.16 | 121.60 | 623.39 | 1,324.78 | 106.00 | 1,284.78 | 20,175.91 |
| Other Expense | 1,680.88 | 1,846.32 | 1,367.79 | 909.15 | 1,247.72 | 1,165.59 | 775.04 | 1,199.34 | 738.79 | 2,289.49 | 1,009.10 | 3,004.97 | 17,234.18 |
| Electricity Expense | 12,702.51 | 14,560.42 | 12,572.60 | 12,286.83 | 13,301.41 | 13,936.77 | 14,471.83 | 14,845.07 | 14,460.13 | 15,453.48 | 13,312.39 | 12,175.23 | 164,078.67 |
| Water Expense | 1,760.00 | 2,011.52 | 1,896.72 | 1,076.72 | 1,056.22 | 1,281.72 | 1,113.62 | 1,080.82 | 1,117.72 | 1,048.02 | 1,101.32 | 896.32 | 15,440.72 |
| Gas Expense | 3,822.29 | 3,821.55 | 2,117.37 | 2,409.00 | 3,830.45 | 3,285.60 | 4,169.05 | 4,175.90 | 4,213.72 | 4,233.67 | 4,067.62 | 3,219.40 | 43,365.62 |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2014 through December 31, 2014

|  | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Social Security Expense | 8,586.62 | 8,312.86 | 6,741.46 | 3,980.95 | 3,650.83 | 3,932.19 | 3,789.48 | 3,448.96 | 2,957.95 | 2,714.87 | 2,516.28 | 2,438.73 | 53,071.18 |
| Medicare SS Expense | 2,008.24 | 1,944.15 | 1,576.60 | 931.02 | 853.84 | 919.62 | 886.22 | 806.63 | 691.77 | 634.91 | 588.48 | 570.33 | 12,411.81 |
| State Unemployment Tax | 7,478.67 | 7,016.82 | 5,143.25 | 2,065.49 | 1,296.47 | 1,066.68 | 146.09 | 44.24 | 38.86 | 31.91 | 0.00 | (0.26) | 24,328.22 |
| Federal Unemployment Expense | 830.97 | 779.70 | 571.51 | 229.53 | 144.06 | 118.52 | 16.23 | 4.91 | 4.31 | 3.54 | 0.00 | (0.15) | 2,703.13 |
| Disability Ins. Expense | 235.50 | 224.25 | 183.68 | 84.67 | 61.09 | 52.09 | 35.89 | 19.63 | 1.91 | 1.29 | 1.17 | 0.95 | 902.12 |
| Penalties | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 2,562.64 | 1,500.00 | 2,816.31 | 10,878.95 |
| Other Tax Expense | 0.00 | 475.29 | 279.93 | 392.03 | 334.02 | 52.08 | 2.52 | 693.66 | 468.02 | 1,443.05 | 403.65 | 133.87 | 4,678.12 |
| Group Insurance Expense | 4,067.01 | 4,398.53 | 5,496.66 | 3,230.12 | 3,640.48 | 5,567.30 | 3,116.21 | 2,861.78 | 1,993.10 | 3,263.81 | 3,986.36 | 2,849.28 | 44,470.64 |
| State Insurance Fund Expense | 0.00 | 15,696.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,696.25 |
| Delivery Expense | 355.00 | 250.00 | 62.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 667.50 |
| Transportation Expense | 186.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 186.24 |
| Secuestration2% Obama Law | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,795.85 | 0.00 | 0.00 | 6,795.85 |
| Total Expenses | 321,246.34 | 331,286.84 | 214,127.57 | 157,034.17 | 177,787.84 | 174,799.28 | 191,167.34 | 176,742.39 | 159,550.33 | 180,449.34 | 136,525.21 | 151,607.16 | 2,372,323.81 |
| Net Income | ($ 46,520.94) | (91,719.55) | (73,171.03) | (54,480.48) | (61,373.24) | 8,860.29 | (37,865.56) | (56,322.29) | (61,165.76) | (76,774.40) | (7,864.22) | (28,769.23) | -587,166.41 |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2015 through December 31, 2015

|  | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 |
|---|---:|---:|---:|---:|---:|
| **Revenues** | | | | | |
| Living Income | $ 78,197.26 | 79,400.00 | 69,820.00 | 79,015.00 | 69,750.00 |
| TSS Income | 12,044.00 | 9,200.00 | 22,448.00 | 5,154.40 | 2,576.00 |
| ACAA Income | 26,402.00 | 23,606.00 | 20,388.00 | 17,858.00 | 8,650.00 |
| Medicare Income | 0.00 | 0.00 | 0.00 | 5,030.28 | 8,172.94 |
| Other Insurance Income | 0.00 | 2,509.00 | 100.00 | 2,919.56 | 9,875.00 |
| MMM Income | 0.00 | 0.00 | 0.00 | 36,860.00 | 53,795.00 |
| MCS Income | 0.00 | 5,924.00 | 2,020.00 | 0.00 | 30,300.00 |
| Patient Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Beauty Salon Income | 90.00 | 110.00 | 40.00 | (63.76) | 290.00 |
| Air Conditioning Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Late Charge from Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Patient Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Income | 390.44 | 283.83 | 139.48 | 240.83 | 771.00 |
| Interest Income | 3.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| Televisores | 529.00 | 1,071.00 | 1,142.00 | 1,485.00 | 1,779.50 |
| Lunch Sales | 1,262.70 | 812.15 | 841.85 | 1,093.25 | 1,162.45 |
| Rent Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Miscelaneous Income | 0.00 | 0.00 | 0.00 | 0.00 | 55.91 |
| Gain on Restructurin | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Revenues** | 118,919.26 | 122,915.98 | 116,939.33 | 149,592.56 | 187,177.80 |
| | | | | | |
| **Cost of Sales** | | | | | |
| Discounts on Purchases | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Purchases Discounts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Sales** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Gross Profit** | 118,919.26 | 122,915.98 | 116,939.33 | 149,592.56 | 187,177.80 |
| | | | | | |
| **Expenses** | | | | | |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2015 through December 31, 2015

|  | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 |
|---|---:|---:|---:|---:|---:|
| Salaries Expense | 31,292.74 | 38,004.49 | 37,082.50 | 38,359.21 | 41,287.85 |
| Employee Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Vacations Expense | 3,480.34 | 783.73 | 382.84 | 1,292.75 | 238.93 |
| Sick Expense | 764.18 | 474.00 | 615.73 | 823.45 | 517.84 |
| Holiday Expense | 3,782.18 | 47.13 | 0.00 | 1,937.45 | 0.00 |
| Professional Fees Expense | 26,887.34 | 28,289.08 | 26,128.02 | 28,340.93 | 26,611.60 |
| Security Expense | 4,670.98 | 4,239.98 | 4,682.32 | 4,563.22 | 4,705.00 |
| Employee Incentive Program | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Employee Differential Payment | 652.00 | 262.00 | 262.00 | 308.00 | 296.00 |
| Other Salaries Adj. & Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equip. Rental Expense | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Therapy Service Exp. | 180.00 | 790.00 | 1,220.00 | 820.00 | 1,320.00 |
| Laundry Expense | 228.28 | 0.00 | 205.34 | 54.35 | 552.56 |
| Cleaning Services & Supplies | 1,530.49 | 727.18 | 1,238.29 | 1,190.55 | 1,504.75 |
| Office & Supplies expense | 714.19 | 449.45 | 401.39 | 357.90 | 404.19 |
| Hospital & Supplies expense | 2,590.87 | 3,067.32 | 1,716.44 | 1,373.38 | 2,478.97 |
| Food Expense | 10,067.76 | 5,523.84 | 6,899.64 | 8,444.31 | 8,402.41 |
| Drug & Medicine Expense | 2,226.74 | 1,117.39 | 2,174.84 | 1,676.69 | 3,716.27 |
| Biohazard Waste Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance Expense | 3,159.01 | 3,159.01 | 3,159.01 | 3,066.21 | 3,066.21 |
| Therapy Materilas Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ambulance Services Expense | 0.00 | 180.00 | 0.00 | 0.00 | 90.00 |
| Laboratory Services | 683.50 | 1,551.00 | 473.50 | 637.50 | 2,052.50 |
| Computer Expense | 160.50 | 461.12 | 227.78 | (89.50) | 535.00 |
| Communication Expense | 4,523.13 | 4,082.39 | 4,360.60 | 5,947.66 | 2,683.97 |
| Contract Service Kitchen | 3,500.00 | 10,450.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| Travel Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Representation Expense | 4,875.00 | 0.00 | 3.74 | 4,875.00 | 0.00 |
| Physician Fees Expense | 3,135.00 | 171.00 | 3,808.00 | 4,644.00 | 6,658.00 |
| Patient Services Expenses | 1,486.77 | 1,356.59 | 983.26 | 106.08 | 195.35 |
| Fees & Subscription Expense | 0.00 | 0.00 | 0.00 | (80.00) | 0.00 |
| Advertising & Publication Exp | 399.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Inauguration Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2015 through December 31, 2015

|  | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 |
|---|---:|---:|---:|---:|---:|
| Postal Service Expense | 12.98 | 31.19 | 0.00 | 251.45 | 41.94 |
| Bad Debts Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest & Charges Expense | 984.35 | 860.89 | 922.55 | 694.56 | 967.56 |
| Deferred Charges Amortization | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Penalties Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Audit Fees | 0.00 | 520.00 | 4,396.97 | 1,800.00 | 0.00 |
| Contribution Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Legal Fees | 2,426.49 | 425.60 | 1,864.88 | 988.46 | 255.40 |
| Property Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Licences & Permits Expense | 15.00 | 365.00 | (115.00) | 0.00 | 377.00 |
| Income Tax Provision | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dues & Memberships Expense | 0.00 | 0.00 | 160.00 | (415.00) | (385.00) |
| Depreciation & Amortization | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| General Repair Expense | 995.87 | 829.00 | 140.00 | 70.00 | 1,675.00 |
| Maintenance Expense | 1,647.22 | 2,513.42 | 269.18 | 480.04 | 657.29 |
| Gardening Expense | 810.00 | 650.00 | 810.00 | 650.00 | 918.40 |
| Waste Disposal Expense | 3,941.38 | 3,437.74 | 3,485.93 | 3,393.06 | 0.00 |
| Automobile Expense | 809.34 | 1,279.95 | 1,326.99 | 763.86 | 1,309.33 |
| Miscelaneous Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Expense | (38.69) | 701.26 | (361.45) | 2,815.66 | 2,529.02 |
| Electricity Expense | 10,947.58 | 12,435.33 | 10,569.03 | 11,424.68 | 11,728.45 |
| Water Expense | 1,043.92 | 1,425.22 | 1,175.12 | 1,962.32 | 1,052.12 |
| Gas Expense | 2,725.54 | 2,718.70 | 3,255.00 | 2,208.85 | 2,441.58 |
| Oxygen Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Social Security Expense | 2,478.25 | 2,453.44 | 2,377.28 | 2,648.73 | 2,613.98 |
| Medicare SS Expense | 579.56 | 573.84 | 556.00 | 619.48 | 611.31 |
| State Unemployment Tax | 2,158.49 | 2,079.50 | 1,566.54 | 1,437.02 | 1,009.79 |
| Federal Unemployment Expense | 239.85 | 237.46 | 184.31 | 169.08 | 112.24 |
| Disability Ins. Expense | 67.95 | 67.26 | 64.96 | 53.23 | 45.66 |
| Penalties | 2,315.18 | 0.00 | 3,000.00 | 1,500.00 | 197.23 |
| Other Tax Expense | 153.90 | 207.12 | 360.16 | 0.00 | 494.88 |
| Tax on Purchase | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Municipal Tax Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Group Insurance Expense | 779.26 | 1,462.90 | 779.26 | 2,108.97 | 2,363.77 |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2015 through December 31, 2015

|  | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 |
|---|---:|---:|---:|---:|---:|
| State Insurance Fund Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Delivery Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Transportation Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Secuestration2% Obama Law | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Golf Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Provision for Income Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Income Tax Benefit | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expenses | 146,183.42 | 140,561.52 | 139,912.95 | 151,373.59 | 145,434.35 |
| Net Income | ($ 27,264.16) | (17,645.54) | (22,973.62) | (1,781.03) | 41,743.45 |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2015 through December 31, 2015

| Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 |
|---:|---:|---:|---:|---:|---:|---:|
| 64,950.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4,784.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 945.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4,794.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21,193.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7,035.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 70.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 315.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,972.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 542.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 108,023.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 108,023.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2015 through December 31, 2015

| Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 |
|---:|---:|---:|---:|---:|---:|---:|
| 18,088.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,038.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 130.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,251.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29,246.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,255.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 286.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 209.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 493.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 207.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,788.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7,386.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,593.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3,066.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 160.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,143.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 101.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2015 through December 31, 2015

| Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 |
|---:|---:|---:|---:|---:|---:|---:|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 417.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 587.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 810.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 631.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 551.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,149.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,289.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 301.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 388.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 383.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,185.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Millennium Institute for ANC
Income Statement - 12 Periods
For January 1, 2015 through December 31, 2015

| Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Period 11 | Period 12 |
|---:|---:|---:|---:|---:|---:|---:|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 45.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 92,831.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15,192.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Millennium Institute for Advanmced Nursing Care, Inc.

Patient Days 2015

| Services | January | February | March | April | May | June | July | August | September | October | November | December | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FY2015 Patient Days by Services** | | | | | | | | | | | | | |
| Skilled | 80 | 114 | 115 | 163 | 307 | | | | | | | | **779** |
| Nursing Home | 889 | 902 | 793 | 898 | 793 | | | | | | | | **4,275** |
| Hospice | - | - | - | - | - | | | | | | | | **-** |
| ACAA-Custodial | 118 | 101 | 62 | 60 | 62 | | | | | | | | **403** |
| **TOTAL** | **1,087** | **1,117** | **970** | **1,121** | **1,162** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **5,457** |