# EXHIBIT B

## Millennium Institute for ANC
### Banco Popular Payments

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|
| | | | | | -2,359,013.39 |
| 1/1/10 | | Beginning Balance 09-30-2009 | | | |
| 1/27/10 | JE10-01 | Pago Prestamo B.Popular 9001 | 86,709.92 | | |
| 3/3/10 | JE10-03 | Pago Prestamo 9001 | 19,444.08 | | |
| 4/28/10 | JE10-04 | Pago Prestamo 04-28 | 21,231.00 | | |
| 6/14/10 | JE10-06 | Pago B/P Prestamo | 42,462.00 | | |
| 8/4/10 | JE10-08 | Principal Prestamo 9001 | 21,231.00 | | |
| 9/2/10 | JE10-09 | Principal Prestamo 9001 | 21,231.00 | | |
| 10/5/10 | JE10-10 | Pago Prestamo 9001 | 21,231.00 | | |
| 12/28/10 | JE10-12 | Pago Prestamo | 21,231.00 | | |
| 2/24/11 | JE11-02 | Pago Prestamo Oct & Nov-10 | 42,462.00 | | |
| 4/4/11 | JE11-04 | Pago Prestamo 9001 | 21,231.00 | | |
| 4/25/11 | JE11-04 | Pago Prestamo 9001 | 21,231.00 | | |
| 6/13/11 | JE11-06 | Beginning Balance | 21,231.00 | | |
| 9/16/11 | JE11-09 | Descuento Prestamo 6 meses | 127,086.00 | | |
| 10/17/11 | JE11-10 | Pago Prestamo 9001 | 21,231.00 | | |
| 11/15/11 | JE11-11 | Credito efectuado por el BPPR | | 63,393.00 | |
| 12/14/11 | JE11-12 | Pago Prestamo BPPR | 21,231.00 | | |
| 1/23/12 | JE12-01 | Deducion BP Prestamo | 63,693.00 | | |
| 3/19/12 | JE12-03 | Pago Prestamo 9001 | 21,231.00 | | |
| 4/17/12 | Je12-04 | Pago prestamo 9001 | 21,231.00 | | |
| 5/16/12 | JE12-05 | Pago Principal Prestamo 9001 | 21,231.00 | | |
| 6/13/12 | JE12-06 | Pago Prestamo 9001 Principal | 21,231.00 | | |
| 7/31/12 | JE12-07 | Pago Prestamo Principal 9001 | 21,231.00 | | |
| 8/20/12 | JE12-08 | Pago Principal Prestamo 9001 | 21,231.00 | | |
| 9/17/12 | JE12-09 | Pago Principal Prestamo 9001 | 21,231.00 | | |
| 10/15/12 | JE12-10 | Pago Prestamo 9001 | 21,231.00 | | |

## Millennium Institute for ANC
### Banco Popular Payments

| Date | Reference | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|
| 11/15/12 | JED12-11 | Pago Prestamo 9001 | 21,231.00 | | |
| 12/21/12 | JE12-13 | Pago Prestamo 9001 | 21,231.00 | | |
| 1/15/13 | JE13-01 | Pago Principal | 21,231.00 | | |
| 3/18/13 | JE13-03 | Pago Prestamo 9001 | 21,231.00 | | |
| | | | 848,939.00 | 63,393.00 | 785,546.00 |
| | | Balance 03-18-13 | | | -1,573,467.39 |

## Millennium Institute for ANC
## Cash Disbursements Journal
## PR Assets Portfolio
### Jun 26, 2012 to Jun 26, 2015

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 6/26/13 | 8860 | 2428 | Loan 2 payments | 26,651.46 | |
| 6/26/13 | 8860 | 6055 | Interese | 15,810.54 | |
| 6/26/13 | 8860 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 42,462.00 |
| 7/19/13 | 8862 | 2428 | Abono Prestamo Banco Popular | 13,409.07 | |
| 7/19/13 | 8862 | 6055 | Intereses | 7,821.93 | |
| 7/19/13 | 8862 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 8/20/13 | 8863 | 2428 | Loan Payment | 13,464.95 | |
| 8/20/13 | 8863 | 6055 | Intereses | 7,766.05 | |
| 8/20/13 | 8863 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 9/12/13 | 8864 | 2428 | Pago Prestamo Banco Popular | 13,521.05 | |
| 9/12/13 | 8864 | 6055 | Intereses | 7,709.95 | |
| 9/12/13 | 8864 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 10/15/13 | 8866 | 2428 | Pago Prestamo | 13,577.39 | |
| 10/15/13 | 8866 | 6055 | Interses | 7,653.61 | |
| 10/15/13 | 8866 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 11/13/13 | 8867 | 2428 | Pago Prestamo B/P | 13,633.96 | |
| 11/13/13 | 8867 | 6055 | Intereses | 7,597.04 | |
| 11/13/13 | 8867 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 12/12/13 | 8868 | 2428 | Pago Prestamo BP | 13,690.77 | |
| 12/12/13 | 8868 | 6055 | Intereses | 7,540.23 | |
| 12/12/13 | 8868 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 1/14/14 | 8869 | 2428 | Prestamo Banco Popular | 13,747.81 | |
| 1/14/14 | 8869 | 6055 | Intereses | 7,483.19 | |
| 1/14/14 | 8869 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 2/12/14 | 8870 | 2428 | Prestamo B.Popular | 13,805.10 | |
| 2/12/14 | 8870 | 6055 | Intereses | 7,425.90 | |
| 2/12/14 | 8870 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 3/13/14 | 8871 | 2428 | Loan BP | 13,862.62 | |
| 3/13/14 | 8871 | 6055 | Intereses | 7,368.38 | |
| 3/13/14 | 8871 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 4/14/14 | 8873 | 2428 | Prestamo BP | 13,920.38 | |
| 4/14/14 | 8873 | 6055 | Interes | 7,310.62 | |
| 4/14/14 | 8873 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 5/14/14 | 8874 | 2428 | Pago Presmo BP | 13,978.38 | |
| 5/14/14 | 8874 | 6055 | Interes | 7,252.62 | |
| 5/14/14 | 8874 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 6/16/14 | 8876 | 2428 | BP Loan | 14,036.62 | |
| 6/16/14 | 8876 | 6055 | Intereses | 7,194.38 | |

6/26/2015 at 9:18 AM

Page: 1

## Millennium Institute for ANC
### Cash Disbursements Journal
### PR Assets Portfolio
### Jun 26, 2012 to Jun 26, 2015

| Date | Check # | Account ID | Line Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| 6/16/14 | 8876 | 1100 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 8/6/14 | 6790 | 2428 | Loan B/P | 14,095.11 | |
| 8/6/14 | 6790 | 6055 | Intereses | 7,135.89 | |
| 8/6/14 | 6790 | 1101 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 8/15/14 | 6842 | 2428 | Prestamo BP | 14,153.84 | |
| 8/15/14 | 6842 | 6055 | Intereses | 7,077.16 | |
| 8/15/14 | 6842 | 1101 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| 10/10/14 | 7005 | 2428 | Chapter 11 Case 12-02689-11 | 14,212.81 | |
| 10/10/14 | 7005 | 6055 | Intereses | 7,018.19 | |
| 10/10/14 | 7005 | 1101 | PR Assets Portfolio 2013-1 INT LLC | | 21,231.00 |
| | Total | | | 360,927.00 | 360,927.00 |