IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF PUERTO
RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| MILLENIUM INSTITUTE FOR ADVANCE' NURSING CARE INC | * | B-12-2689(BKT) |
| | * | CHAPTER 11 |
| DEBTOR | * | |

*******************************************

**NOTICE AND CERTIFICATE OF SERVICES OF POST CONFIRMATION OF AMENDED PLAN OF REORGANIZATION PROPOSED BY PLAN ADMINISTRATOR**

**TO: CREDITORS AND PARTIES IN INTEREST:**

As required by Rules 2002 of the Federal Rules of Bankruptcy Procedure, the Reorganized Debtor HEREBY CERTIFIES that a copy of the following documents was served on all parties who are creditors first class US Mail;

1. **SECOND AMENDED POSTCONFIRMATION PLAN DATED AUGUST 31, 2016 .(Docket 381)**

**YOU ARE HEREBY FURTHER NOTIFIED THAT UNLESS AN OBJECTION IS FILED WITHIN TWENTY ONE (21) DAYS OF THIS NOTICE THE COURT MAY ENTER AN ORDER APPROVING THE POST CONFIRMATION PLAN AS FILED.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY:** That on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to:
ALL CREDITOR PER MATRIX LIST ATTACHED.

**I FURTHER CERTIFY:** That on this same date I mailed by United States Postal Service First Class Mail copy of this Notice were served on all parties who are creditors and eligible to vote on the AMENDED POSTCONFIRMATION PLAN DATED AUGUST 31, 2016 AS SUPLEMENTED appearing in the enclosed modified master address list as Exhibit 1.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 31th day of August 2016

/s/ Isabel M Fullana
**ISABEL M FULLANA, Esq.**
GARCIA-ARREGUI & FULLANA **252 PONCE DE LEON AVE SUITE 1101 SAN JUAN PR 00918**
**Email**
**isabelfullana@gmail.com**

*EXHIBIT I*

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO              CRIM
0104-3                                   C/O LUIS C MARINI BIAGGI ESQ              PO BOX 195387
Case 12-02689-BKT11                      O'NEILL & BORGES                          SAN JUAN, PR 00919-5387
District of Puerto Rico                  250 AVE MUNOZ RIVERA
Old San Juan                             STE 800
Tue Mar 29 08:55:05 AST 2016             SAN JUAN, PR 00918-1813

MILLENNIUM INSTITUTE FOR ANC INC         MUNICIPIO DE SAN JUAN                     PR ASSET PORTFOLIO 2013-1 INT, LLC
SUITE 112 MCS 404                        MYRA M VELEZ PLUMEY ESQ                   270 Munoz Rivera Ave.
100 GRAND BLVD PASEOS                    PO BOX 70179                              Suite 302
SAN JUAN, PR 00926-5905                  SAN JUAN, PR 00936-8179                   San Juan, PR 00918-1901


PREPA                                    STATE INSURANCE FUND                      UNITED STATES OF AMERICA
PO BOX 364267                            WALLY DE LA ROSA VIDAL                    US DEPT OF JUSTICE TAX DIVISION
SAN JUAN, PR 00936-4267                  PO BOX 365028                             PO BOX 227
                                         SAN JUAN, PR 00936-5028                   BEN FRANKLIN STATION
                                                                                   WASHINGTON, DC 20044-0227


US TRUSTEE                               US Bankruptcy Court District of P.R.      1983-01 CORP
EDIFICIO OCHOA                           Jose V Toledo Fed Bldg & US Courthouse    CALLE POPPY B-58 PARQUE FORESTAL
500 TANCA STREET SUITE 301               300 Recinto Sur Street, Room 109          SAN JUAN, PR  00926
SAN JUAN, PR 00901-1922                  San Juan, PR 00901-1964


1983-01 cORP                             AUTORIDAD ENERGIA ELECTRICA               Alied Waste Services
PO BOX 9066342                           PO BOX 363508                             Po Box 51986
SAN JUAN, PR 00906-6342                  SAN JUAN, PR  00936-3508                  Toa Baja, PR  00950-1986


Antoine De PR                            BANCO POPULAR                             BLANCA MENDEZ
Ave. Isla Verd # 5780                    PO BOX 364527                             CALLE  DR. QUEVEDO BAEZ
Carolina, PR  00979                      SAN JUAN, PR  00936-4527                  BT-16 LEVITTOWN, PR  00949


Banco Popular de Puerto Rico             CADILLAC UNIFORMS                         CARLOS FRANCO OSORIO
c/o O'Neill Borges LLC                   PO BOX 1893                               AND BETSY CONTRERAS REYES
American International Plaza             BAYAMON, PR  00960-1893                   MARYSE ROLDAN RUIZ ESQ
250 Muoz Rivera Ave., Ste. 800                                                     BOX 514
San Juan, Puerto Rico 00918-1813                                                   CAGUAS PR 00726-0514

DEPARTAMENTO DE HACIENDA                 DEPTARTAMENTO HACIENDA                    DR JUAN JOSE RODRIGUEZ
PO BOX 9022501                           PO BOX 9022501                            PO BOX 36002883
SAN JUAN, PR  00902-2501                 SAN JUAN, PR  00902-2501                  SAN JUAN, PR  00936-0283


DRUG UNLIMITED INC                       David Nicola                              Department of Treasury-
PO BOX 11797                             Tiilo Eb-17 Los Almendros                 Bankruptcy Section (Suite 1504)
SAN JUAN, PR  00910-2897                 Baymao, PR  00961                         235 Ave. Arterial Hostos
                                                                                   San Juan Puerto Rico 00918-1451


EAGLE SUPPOR & ENVIROMENTAL SERVICES     EDWARD OTERO                              ERG A/C CONTRACTORS
PO  BOX 30078                            PMB SUITE 296/90 NAVE. RIO HONDO          PMB 284
65TH INF. STATION                        BAYAMON, PR  00961-3105                   PO BOX 7891, PR  00970-7891
SAN JUAN, PR 00929-1078
```

| | | |
|---|---|---|
| ERGA/C CONTRACTORS<br>PMB 284<br>PO BOX 7891<br>GUAYNABON, PR 00970-7891 | EXCELLENT CLEANING GROUP<br>SUITE 437 PO BOX 6400<br>CAYEY, PR 00737-6400 | FARMACIA SUMMIT HILL<br>1727 AVE JESUS T PENERO<br>SAN JUAN, PR 00920-5408 |
| FONDO DEL SEGURO DEL ESTADO<br>PO BOX 42006<br>SAN JUAN, PR 00940-2206 | FRUTASY VEGETALES BORIQUE<br>CALLE CAPITLA LOCAL #1 PLAZA MERCAD<br>SANTURCE, PR 00907 | INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>PHILADELPHIA, PA 19154-0039 |
| INTERNATION PROTECTION SERVICES<br>PO BOX 29171<br>SAN JUAN, PR 00929-0171 | IRS<br>CITY VIEW PLAZA #2 48 CARR 165 SUIT<br>GUAYNABO, PR 00968-8000 | JOSE SANTIAGO INC<br>PO BOX 191795<br>SAN JUAN, PR 00919-1795 |
| LAB. CLINICO BORINQUEN<br>PO BOC 51903<br>LEVITOWN, PR 00950-1903 | LAIDA PLA<br>CALLE SAN JOAQUIN 1881<br>URB. SAN JUAN GARDENS<br>SAN JUAN, PR 00926-5331 | LC FUMIGATION<br>PO BOX 367267<br>SAN JUAN, PR 00936-7267 |
| LINDES GAS PUERTO RICO<br>PO BOX 71491<br>SAN JUAN, PR 00936-8591 | MARCAS FLOOR<br>PO BOX 19471<br>SAN JUAN, PR 00910-1471 | MEDICAL WSTE TRANSPORTATION<br>APARTADO 2039<br>AIBONITO, PR 00705-2039 |
| MEDICS<br>AVE.RUIZ SOLER #3<br>JARDINES DE CAPARRA<br>BAYAMON, PR 00959-7841 | MIRADERO CAPITAL<br>UNION PLAZA SUITE 1500<br>AVE. PONCE DE LEON 416<br>SAN JUAN, PR 00918-3443 | MUNICIPIO DE SAN JUAN<br>PO BOX 70179<br>SAN JUAN, PR 00936-8179 |
| NESTRO J GARCIA<br>URB ROSEVILLE<br>CALLE CAROLINA #24<br>SAN JUAN, PR 00926 | NEVAIRE AIR CONDITIONING<br>PO BOX 194588<br>SAN JUAN, PR 00919-4588 | POLICIA PRIVADA<br>PO BOX 9066295<br>SAN JUAN, PR 00906-6295 |
| PR TEST & SERVICES<br>PMB 416 UU-1 CALLE STA JUANITA<br>BAYAMON, PR 00956 | PROFESSIONAL ALARM SYST<br>PO BOX 29742<br>SAN JUAN, PR 00929-0742 | SANOFI-ADVENTIS<br>PO BOX 70186<br>SAN JUAN, PR 00936-8186 |
| SMALL BUSINESS ADMINISTRATION<br>PO BOX 740192<br>ATLANTA, GA 30374-0192 | State Insurance Fund Corporation<br>P.O. Box 365028<br>San Juan, PR 00936-5028 | CARLOS MELLADO LOPEZ<br>OFICINA DEL.PROCURADOR DEL PACIENTE<br>BOX 11247<br>SAN JUAN, PR 00910-2347 |
| Eduardo J. Capdevila Diaz<br>Garcia-Arregui & Fullana, PSC<br>252 Ave. Ponce de Leon Ste. 1101<br>Citibank Towers<br>San Juan, PR 00918-2013 | ISABEL M FULLANA<br>GARCIA ARREGUI & FULLANA PSC<br>252 PONCE DE LEON AVENUE SUITE 1101<br>SAN JUAN, PR 00918-2013 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)US TRUSTEE                    (d)CRIM                          (d)CRIM
                                 PO BOX 195387                    PO BOX 195387
                                 SAN JUAN, PR  00919-5387         SAN JUAN, PR  00919-5387


(d)PR ASSET PORTFOLIO 2013-1 INT, LLC    End of Label Matrix
270 MUNOZ RIVERA AVE.                    Mailable recipients   59
SUITE 302                                Bypassed recipients    4
SAN JUAN, PR 00918-1901                  Total                 63
```